THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GUIRGUIS, a.k.a. GEORGE, EL-SHAWARY, | CASE NO. C18-1456-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to extend deadline for alternative dispute resolution (Dkt. No. 18). The motion is GRANTED. The deadline for the parties to complete alternative dispute resolution is EXTENDED to August 16, 2019.

DATED this 1st day of July 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-1456-JCC
PAGE - 1