THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUIRGUIS, a.k.a. GEORGE, EL-SHAWARY, | CASE NO. C18-1456-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for extension of pleading amendment, third party action, and 39.1 mediation deadlines (Dkt. No. 20). The motion is GRANTED. The pleading amendment and third party action deadline is EXTENDED to October 11, 2019. The deadline for 39.1 mediation to be completed is EXTENDED to November 22, 2019. The other case management deadlines remain in place.

DATED this 7th day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1456-JCC
PAGE - 1