THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUIRGUIS, a.k.a. GEORGE, EL-SHAWARY, a Washington resident,<br><br>Plaintiff,<br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION as Trustee for GSR MORTGAGE LOAN TRUST 2006-4F MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2006-4F *et al.*,<br><br>Defendants. | CASE NO. C18-1456-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time regarding deadlines (Dkt. No. 39). The Court hereby GRANTS the motion and ORDERS as follows:

1. 39.1 mediation must be completed by January 24, 2020;

2. Discovery must be completed by March 23, 2020; and

3. Dispositive motions must be filed by April 23, 2020.

//

//

MINUTE ORDER
C18-1456-JCC
PAGE - 1

1     DATED this 21st day of January 2020.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk