# **Exhibit A**

Excerpts of Mr. Cooper (Nationstar)

Communication History Profile

NSM 345-349, 367, 401, 408, 423, 437, 439

```
Loan       1549  Inv # BMC Asum:N Stat:R Int%  5.500 Pmt10,220.32 Due: 4/01/16
GUIRGUIS  ELSHARAWY           UPB    977,756.18       P&I  6,805.74 TYPE      03
15709 61ST AVE NE             MSG #1:08 #2:44 #3:78     456,509.32 #PMTS   00036
KENMORE      WA 98028  Phone (H)          8833 (W)              CP: ZZZ_ZOMG
================================================================================
   Cls  Code  Assgn/By    Entered   Time    Target      Amt/Pmt   Cleared       Amt/Pmt
                       With Effective date of: 07/01/2015

   CS   EAMD  ZZZ_ZOMG    6/08/15    9:21   6/08/15       23.00  6/08/15           .00
              RBUYARSKI   ESCROW ANALYSIS MAILED
                          Escrow Analysis Statement mailed by Venture
                          On 06/08/2015
                          Effective date of Analysis was: 07/01/2015

   CL   PRVC  ZZZ_ZOMG    8/18/15    3:33   8/18/15         .00  8/18/15           .00
              MK0004RL    ANNUAL PRIVACY NOTICE SENT - NESTED

   CL   INTF  ZZZ_ZOMG   10/14/15   12:13  10/14/15         .00  0/00/00           .00
              SR1001C     INTEREST 1ST PAYMENT RECALCULATION

   CS   DEMO  MSAA1036   10/30/15   15:40   0/00/00         .00  0/00/00           .00
              MSAA1036    DEMOGRAPHICS VERIFIED
                          GUIRGUIS   ELSHARAWY - verified:  Name, SSN, Property Zip

   CS   CSMP  MSAA1036   10/30/15   15:45   0/00/00         .00 10/30/15           .00
              MSAA1036    PAYMENT AMOUNT INQUIRY
                          borr ci asking why there is an increase on mcp for nov, adv
                          that before he was only paying for interest and esc and as
                          per note on the 10th yr principal will be added, borr sd
                          that he cant make that payment since prop is damaged by the
                          state and he is also paying for the repairs,sd insurance did
                          not cover it, adv borr can check w/ mtg professional foe
                          options in lowering the rate or mcp

   CS   HWOA  MSAA1036   10/30/15   15:45   0/00/00         .00 10/30/15           .00
              MSAA1036    HOME WARRANTY OFFER ACCEPTED
                          The confirmed provider ID is: TC5146007
                          Team ID: 30
                          MP Name: Eric Ohmann

   CS   TCSL  MSAA1036   10/30/15   15:45   0/00/00         .00 10/30/15           .00
              MSAA1036    TCS TRANSFERRED LEAD TO SALES
                          The confirmed provider ID is: TC5146007
                          Team ID: 30
                          MP Name: Eric Ohmann

   CS   DEMO  MMARTINEZ 10/30/15   15:53   0/00/00         .00  0/00/00           .00
              MMARTINEZ6  DEMOGRAPHICS VERIFIED
                          GUIRGUIS  ELSHARAWY - verified:  Name, SSN, Property Zip
```

NSM 000345

```
Loan      1549   Inv # BMC  Asum:N Stat:R Int%   5.500 Pmt10,220.32 Due: 4/01/16
GUIRGUIS  ELSHARAWY          UPB    977,756.18        P&I  6,805.74 TYPE      03
15709 61ST AVE NE            MSG  #1:08 #2:44 #3:78      456,509.32 #PMTS  00036
KENMORE       WA 98028  Phone (H)       8833  (W)             CP: ZZZ_ZOMG
===============================================================================
 Cls Code Assgn/By    Entered   Time    Target       Amt/Pmt  Cleared    Amt/Pmt

 CS  HWOA MMARTINEZ10/30/15    16:04   0/00/00          .00 10/30/15        .00
          MMARTINEZ6HOME WARRANTY OFFER ACCEPTED
                    it has been offerd same day

 CS  MODY MMARTINEZ10/30/15    16:05   0/00/00          .00 10/30/15        .00
          MMARTINEZ6MODIFICATION INQUIRY
                    Advsd HAMP= Home Affrdbl Mod Prgrm.
                    Advsd goal of HAMP is to lower mrtg pymnt (pitia) to 31% of
                    gross mnthly household income.
                    Advsd PITIA reduction to 31% is achieved by lowering int
                    rate in increments of 1/8 % to a floor of 2%. Advsd not
                    every borrower gets 2%. We stop when the target payment of
                    31% of gross monthly income for the household is reached.
                    Advsd if we reduce int rate to floor of 2% &#38; pymnt is st
                    too high, we will lengthen term of ln 1 mnth at a time up to
                    a max of 40 years.
                    Advsd if we hv lengthened term to the max of 40 yrs &#38; py
                    is still too high, we can fb, not forgive, up to 30% of UPB.
                    Advsd borr he/she can apply by taking financials or they can
                    gather financials &#38; apply 24/7 on the web.

 CL  MISC ZZZ_ZOMG 10/30/15    16:06  10/30/15          .00 10/30/15        .00
          JRAMOS1   trans from another rep, already mini/demo/QA

 CL  MISC ZZZ_ZOMG 10/30/15    16:07  10/30/15          .00 10/30/15        .00
          JRAMOS1   cid 888.480.2432 - mr (Guirguis)

 CS  CLTR MMARTINEZ10/30/15    16:09   0/00/00          .00 10/30/15        .00
          MMARTINEZ6CALL TRANSFERRED
                    borr refuse to do a mod if it will affect his credit said
                    will just get reid of home tran to shortsale
                    dep

 CL  CLTR ZZZ_ZOMG 10/30/15    16:11  10/30/15          .00 10/30/15        .00
          JRAMOS1   CALL TRANSFERRED
                    mr clin to see what options he has for the prop b/c he canno
                    t afford it any longer. rep went over SPO and DIL options. m
                    r said he wanted to keep the prop and wanted to know what op
                    tions he has with that. rep adv prev rep said they went over
                     those options prior to transf, but mr claimed that she did
```

```
Loan     1549  Inv # BMC Asum:N Stat:R Int%  5.500 Pmt10,220.32 Due: 4/01/16
GUIRGUIS   ELSHARAWY       UPB     977,756.18       P&I  6,805.74 TYPE     03
15709 61ST AVE NE          MSG  #1:08 #2:44 #3:78     456,509.32 #PMTS  00036
KENMORE       WA 98028  Phone (H)       8833 (W)              CP: ZZZ_ZOMG
================================================================================
    Cls Code Assgn/By    Entered  Time    Target       Amt/Pmt  Cleared      Amt/Pmt
                   not. rep adv will have to speak with acct res dept then. rep
                   contacted and transf to ABS pre s.

    CL  DEMO ZZZ_ZOMG   10/30/15   17:43   0/00/00         .00  6/02/16          .00
         EBAL1036       DEMOGRAPHICS VERIFIED
                        GUIRGUIS    ELSHARAWY - verified:   Name

    CL  TTMR ZZZ_ZOMG   10/30/15   17:44  11/02/15         .00 10/30/15          .00
         EBAL1036       TALKED TO CUSTOMER
                        transferred call from shortsale dept jessica sttd that she
                        fully verfd the acct also with mini qa. borr cannot make a
                        payment on the account though it is current, sttd also that
                        there is a large maintenance on the house and want to have
                        options to fit in.

    CL  ESCA ZZZ_ZOMG   10/30/15   17:45   0/00/00         .00 10/30/15          .00
         EBAL1036       ESCALATION ACKNOWLEDGEMENT
                        mr sttd that he was transferred for 4x and dont want to
                        repeat the concern all over again for many time. he is
                        asking for someone higher than a rep to make a resolution.
                        mr dont want the call to be transferred again

    CL  ESCC ZZZ_ZOMG   10/30/15   17:46  10/30/15         .00 10/30/15          .00
         MGOM1036       ESCALATION COMPLETE
                        apologized for the inconvience of transferring him.. cust wo
                        uld like seek help in lowering monthly payment because of to
                        o much house payment every month which is around 25K in all
                        house payments..referred to refi. transferred call

    CS  YE01 ZZZ_ZOMG    1/22/16   13:41   0/00/00         .00  1/22/16          .00
         **             1098 MAIL DATE

    CS  CPOP JMAD1036    1/25/16   14:35   1/25/16         .00  1/25/16          .00
         JMAD1036       CUSTOMER AUTHENTICATED IN IVR
                        Borrower Called        8833

    CS  MISC JMAD1036    1/25/16   14:35   1/25/16         .00  1/25/16          .00
         JMAD1036
                        NO MINI MIRANDA REQUIRED

    CS  QA   JMAD1036    1/25/16   14:46   0/00/00         .00  1/25/16          .00
         JMAD1036       QA STATEMENT GIVEN

    CS  MISC JMAD1036    1/25/16   14:46   0/00/00         .00  1/25/16          .00
         JMAD1036
```

```
Loan      1549  Inv # BMC Asum:N Stat:R Int% 5.500 Pmt10,220.32 Due: 4/01/16
GUIRGUIS   ELSHARAWY         UPB    977,756.18        P&I 6,805.74 TYPE    03
15709 61ST AVE NE            MSG  #1:08 #2:44 #3:78       456,509.32 #PMTS 00036
KENMORE       WA 98028  Phone (H)          8833 (W)              CP: ZZZ_ZOMG
================================================================================
  Cls Code Assgn/By    Entered   Time   Target       Amt/Pmt  Cleared    Amt/Pmt
                  No mini Miranda required

  CS  DEMO JMAD1036   1/25/16   14:46   0/00/00         .00   0/00/00        .00
           JMAD1036   DEMOGRAPHICS VERIFIED
                  GUIRGUIS    ELSHARAWY - verified:  Name

  CL  DEMO ZZZ_ZOMG   1/25/16   14:48   0/00/00         .00   6/02/16        .00
           DTOR1036   DEMOGRAPHICS VERIFIED
                  GUIRGUIS    ELSHARAWY - verified:  Name, Property Zip

  CL  QA   ZZZ_ZOMG   1/25/16   14:48   0/00/00         .00   1/25/16        .00
           DTOR1036   QA STATEMENT GIVEN

  CL  MISC ZZZ_ZOMG   1/25/16   14:48   0/00/00         .00   1/25/16        .00
           DTOR1036
                  No Mini Miranda required

  CL  MISC ZZZ_ZOMG   1/25/16   14:48   0/00/00         .00   1/25/16        .00
           DTOR1036
                  QA Provided

  CS  CPAY JMAD1036   1/25/16   14:54   0/00/00         .00   1/25/16        .00
           JMAD1036   PAYMENT INQUIRY
                  borr is looking for repayment option that could help him not
                  to make a pmt for at least a couple of months.

  CS  CLTR JMAD1036   1/25/16   14:55   0/00/00         .00   1/25/16        .00
           JMAD1036   CALL TRANSFERRED
                  call xfer to acct reso for repayment option info

  CL  DEMO ZZZ_ZOMG   1/25/16   14:57   0/00/00         .00   6/02/16        .00
           LCAL1036   DEMOGRAPHICS VERIFIED
                  GUIRGUIS    ELSHARAWY - verified:  Name, SSN, Address, City, S
                  tate, Zip

  CL  QA   ZZZ_ZOMG   1/25/16   14:57   0/00/00         .00   1/25/16        .00
           LCAL1036   QA STATEMENT GIVEN

  CL  MISC ZZZ_ZOMG   1/25/16   14:57   0/00/00         .00   1/25/16        .00
           LCAL1036
                  No Mini Miranda required

  CL  MISC ZZZ_ZOMG   1/25/16   14:57   0/00/00         .00   1/25/16        .00
           LCAL1036
                  QA Provided
```

```
DATE:  3/21/19                Mr. Cooper                              SRV869R
TIME:  14:57:19         COMMUNICATION HISTORY                 PAGE:       10

Loan        1549    Inv #  BMC  Asum:N  Stat:R  Int%  5.500  Pmt10,220.32  Due: 4/01/16
GUIRGUIS  ELSHARAWY                UPB       977,756.18      P&I 6,805.74  TYPE       03
15709 61ST AVE NE                  MSG  #1:08 #2:44 #3:78        456,509.32 #PMTS   00036
KENMORE       WA 98028   Phone (H)          8833  (W)                    CP: ZZZ_ZOMG
==============================================================================
 Cls  Code  Assgn/By     Entered   Time    Target       Amt/Pmt   Cleared     Amt/Pmt

 CL   CLOB  ZZZ_ZOMG     1/25/16   14:57   0/00/00          .00   1/25/16         .00
            LCAL1036    CUSTOMER CALLED OUTBOUND

 CL   MINI  ZZZ_ZOMG     1/25/16   14:59   0/00/00          .00   1/25/16         .00
            DTOR1036    MINI MIRANDA COMMUNICATED

 CL   TTOT  ZZZ_ZOMG     1/25/16   15:00   1/26/16          .00   6/02/16         .00
            DTOR1036    TALKED TO OTHER PARTY
                        talk to cs rep. then the call was disconnected.

 CS   CGEN  RVAD1036     1/25/16   15:09   1/25/16          .00   1/25/16         .00
            RVAD1036    GENERAL ACCOUNT INFO INQUIRY
                        rep from acct reso wants to make an inquiry what can we offe
                        r to the borr since borr wants a beautification of the house
                        rep sd it was xfrd to acct reso from CS rep stating diff con
                        cern . adv tax n escrow cant offer anything to the borr
                        adv can only offer refi

 CS   TRIN  JBEL1036     1/25/16   15:13   0/00/00          .00   1/25/16         .00
            JBEL1036    IN BOUND - TRANSFERRED CALL
                        Internal transferred by Lee from Customer Service. Fully
                        verified.

 CL   TTMR  ZZZ_ZOMG     1/25/16   15:15   1/28/16          .00   1/25/16         .00
            LCAL1036    TALKED TO CUSTOMER
                        ;Provided TAD, LPR, NPD, and Fees;Roi - escrow department
                        if the borrower has his own insurance he can MUD slide that
                        destroy the house and spending alot on his own pocket - said
                        that he is securing the house
                        JASON >> c/s warm transfer the call

 CS   CINS  JBEL1036     1/25/16   15:18   0/00/00          .00   1/25/16         .00
            JBEL1036    INSURANCE INQUIRY
                        Cust ci because the property damged by a MUD Slide / Adv to
                        cust contact the Insurance Servicer to check what option.
                        However according to cust MUD Slide is not inlcuded in the
                        insurance that he have in the acct.

 CS   ESTR  JBEL1036     1/25/16   15:20   0/00/00          .00   1/25/16         .00
            JBEL1036    ESCROW CALL TRANSFERRED
                        Cust ci want to xferred the call to Insurance Dept. Celia as
                        rep.
```

NSM 000349

```
Loan         1549   Inv # BMC Asum:N Stat:R Int%  5.500 Pmt10,220.32 Due: 4/01/16
GUIRGUIS ELSHARAWY         UPB     977,756.18           P&I 6,805.74 TYPE      03
15709 61ST AVE NE          MSG   #1:08 #2:44 #3:78      456,509.32 #PMTS    00036
KENMORE      WA 98028  Phone (H)         8833 (W)                 CP: ZZZ_ZOMG
===============================================================================
                     Entered   Time    Target          Amt/Pmt  Cleared      Amt/Pmt
    Cls Code Assgn/By
                   talked to loss draft cs onshore loss draft adv me that call
                   insurance of cust and cust stated that he already talked t
                   that dept and adv him that they did not cover that thing of
                   damaged

    CL  RFD  ZZZ_ZOMG   4/22/16  12:17   4/22/16          .00   4/22/16          .00
             KABA1034   RFD:
                   OTHER -- property is damaged

    CS  3PAR CRAA5554   4/22/16  12:18   0/00/00          .00   4/22/16          .00
             CRAA5554   TALKED TO 3RD PARTY
                   rcvd a transfred call from agent Ken, nsm pres account
                   resolution dept, she siad that the account is fully
                   Verifiedc.rama/hipc

    CS  ASCC CRAA5554   4/22/16  12:20   0/00/00          .00   0/00/00          .00
             CRAA5554   HAZARD LOSS
                   rcvd a transfred call from agent Ken, nsm pres account
                   resolution dept, she siad that the account is fully
                   Verified, she said that borr is needing an assitance with
                   the property damege happened in the past,not able to
                   properly end the call. borr hung up. C.RAMA/HIPC

    CS  HUNG CRAA5554   4/22/16  12:20   4/23/16          .00   0/00/00          .00
             CRAA5554   PARTY HUNG-UP
                   not able to properly end the call. borr hung up. C.RAMA/HIPC

    CS  CSVC CEGGLEST   4/22/16  12:23   0/00/00          .00   4/22/16          .00
             CEGGLEST   MISC
                   spoke with offshore pre 30's on behalf of the borr (she
                   stated they were fully verified), their home was demolished
                   and he is still paying on the loan, Allstate is not going to
                   cover the home and they were wondering about their options.
                   I adv that there really are no options because there is no
                   physical home to work with.

    CL  MISC ZZZ_ZOMG   4/22/16  12:35   0/00/00          .00   4/22/16          .00
             KABA1034
                   xfer to loss craft again to help customer w his situation he
                   is just concern w his credit thats why his paying it every
                   month and cust covering a huge amount already
```

```
DATE:  3/21/19                   Mr. Cooper                              SRV869R
TIME:  14:57:19           COMMUNICATION HISTORY PROFILE           PAGE:    62
===============================================================================
Loan     1549  Inv #  BMC Asum:N Stat:R Int%  5.500 Pmt10,220.32 Due: 4/01/16
GUIRGUIS  ELSHARAWY            UPB    977,756.18       P&I 6,805.74 TYPE    03
15709 61ST AVE NE              MSG #1:08 #2:44 #3:78       456,509.32 #PMTS 00036
KENMORE       WA 98028  Phone (H)        8833 (W)              CP: ZZZ_ZOMG
===============================================================================
 Cls Code Assgn/By    Entered  Time    Target      Amt/Pmt  Cleared    Amt/Pmt
                   5. <Doc: Mortgage Statement for Primary Residence showing p
                   rincipal, interest, taxes, and insurance amounts OR paid off
                    letter of explanation> <Status: Defects> <Defects: B1: Inco
                   mplete Document provided>   (REMEDY ID: 1497829)

 CL  LOOK ZZZ_ZOMG 11/17/16    9:05  11/17/16           .00 0/00/00         .00
          DPAI1036  INDEPENDENT MOD REVIEW COMPLETE
                    Awaiting for Missing Docs...

 CL  AQFW ZZZ_ZOMG 11/17/16   14:09  11/17/16           .00 11/17/16         .00
          LPUTHANCHIFOLLOWUP WITH ATTY




 CL  RHMD REMEDY   11/18/16    3:13  11/18/16           .00 11/18/16         .00
          REMEDY    REMEDY HAMP MISSING DOCUMENT LETTER SENT   (BILetters ID: 0)

 CL  MRSD ZZZ_ZOMG 11/18/16    8:22  11/18/16           .00 11/18/16  -      .00
          RMAG1036  MOD RELATED SPT DOCS UPLOADED FROM FAX OR MAIL
                    Letter of explanation, RMA, tax extension, 4506T (pgs-14)

 CL  HMPA RMAG1036 11/18/16    8:24  11/18/16           .00 11/18/16         .00
          RMAG1036  1. <Doc: IRS 4506-T or 4506-T EZ> <Status: Defects> <Defects
                    : B1: Document is expired>
                    2. <Doc: Most recent signed quarterly or Year to Date Profi
                    t & Loss statement with business name or occupation showing
                    gross income and itemized expenses> <Status: Defects> <Defec
                    ts: B1: Missing salary/wage/compensation breakdown>
                    3. <Doc: Tax Returns Schedule E (Income listed on line 17 o
                    f tax returns/transcripts)> <Status: Not Provided>
                    4. <Doc: Mortgage Statement for Primary Residence showing p
                    rincipal, interest, taxes, and insurance amounts OR paid off
                     letter of explanation> <Status: Defects> <Defects: B1: Inco
                    mplete Document provided>   (REMEDY ID: 1497829)

 CL  HMPA RMAG1036 11/18/16    8:24  11/18/16           .00 11/18/16         .00
          RMAG1036  1. <Doc: IRS 4506-T or 4506-T EZ> <Status: Defects> <Defects
                    : B1: Document is expired>
                    2. <Doc: Most recent signed quarterly or Year to Date Profi
```

NSM 000401

```
Loan       1549  Inv # BMC Asum:N Stat:R Int%  5.500 Pmt10,220.32 Due: 4/01/16
GUIRGUIS  ELSHARAWY          UPB    977,756.18        P&I 6,805.74 TYPE     03
15709 61ST AVE NE            MSG  #1:08 #2:44 #3:78       456,509.32 #PMTS  00036
KENMORE       WA 98028  Phone (H)       8833 (W)                CP: ZZZ_ZOMG
========================================================================
     Cls Code Assgn/By    Entered   Time   Target         Amt/Pmt   Cleared        Amt/Pmt
                          RFD:
                          PROPERTY PROBLEM-/Occured:0-3/property had damage by the
                          city.
                          /Resident:Owner/HardshipResolved:Yes/FuturePayments:Yes

     CL  TTMR ZZZ_ZOMG 12/23/16   11:30  12/26/16            .00 12/23/16            .00
             CJAQUEZ     TALKED TO CUSTOMER
                         Occupied;borr wanted to know the reason called, advised that
                         it was in regards to the missing docs. Advised of hamp
                         sunset. Also advised no fc on the prop . Also gave email
                         address. the prop is occupied. recap provided.

     CL  VOIC ZZZ_ZOMG 12/23/16   12:50  12/23/16            .00 12/23/16            .00
             CANICETO    ACKNOWLEDGED VOICE MAIL MESSAGE

     CL  VOIC ZZZ_ZOMG 12/23/16   12:50  12/23/16            .00 12/23/16            .00
             CANICETO    ACKNOWLEDGED VOICE MAIL MESSAGE

     CL  TRNM ZZZ_ZOMG 12/23/16   12:50  12/23/16            .00 12/23/16            .00
             CANICETO    TELEPHONED RESIDENCE-NO MESSAGE LEFT

     CL  CSCL ZZZ_ZOMG 12/23/16   12:56  0/00/00             .00 12/23/16            .00
             CJAQUEZ     DELINQUENT LOAN CALL

     CL  DEMO ZZZ_ZOMG 12/23/16   12:56  0/00/00             .00 12/27/16            .00
             CJAQUEZ     DEMOGRAPHICS VERIFIED
                         GUIRGUIS   ELSHARAWY - verified:  Name, SSN, Address, City, S
                         tate, Zip

     CL  MINI ZZZ_ZOMG 12/23/16   12:56  0/00/00             .00 12/23/16            .00
             CJAQUEZ     MINI MIRANDA COMMUNICATED

     CL  QA   ZZZ_ZOMG 12/23/16   12:56  0/00/00             .00 12/23/16            .00
             CJAQUEZ     QA STATEMENT GIVEN

     CL  MISC ZZZ_ZOMG 12/23/16   12:56  0/00/00             .00 12/23/16            .00
             CJAQUEZ
                         MINI Provided, QA Provided

     CL  TTMR ZZZ_ZOMG 12/23/16   12:59  12/26/16            .00 12/23/16            .00
             CJAQUEZ     TALKED TO CUSTOMER
                         Occupied;borr wanted to advised us that he sent the docs in
                         email. provided the correct email. the prop is occupied.
                         recap provided.

     CL  DNAL REMEDY   12/24/16         12/24/16             .00 12/24/16            .00
             REMEDY
```

```
Loan      1549   Inv # BMC Asum:N Stat:R Int%   5.500 Pmt10,220.32 Due: 4/01/16
GUIRGUIS  ELSHARAWY          UPB     977,756.18         P&I 6,805.74 TYPE     03
15709 61ST AVE NE            MSG   #1:08 #2:44 #3:78      456,509.32 #PMTS 00036
KENMORE     WA 98028  Phone (H)         8833  (W)              CP: ZZZ_ZOMG
==============================================================================
     Cls Code Assgn/By    Entered  Time   Target     Amt/Pmt   Cleared    Amt/Pmt

     CL  LMFS MWILSON8   3/09/17  11:53  3/09/17         .00  3/09/17         .00
              MWILSON8   Expense Financials from REMEDY. Monthly Net Income: $1 Month
                         ly Debt: $9,873 Disposable Income: ($9,872) DTI% : 987310.99
                         %  (REMEDY ID: 2460429)

     CL  CSVC ZZZ_ZOMG   3/09/17  11:55  3/09/17         .00  3/09/17         .00
              CKUM1036   MISC
                         Automatic escrow completed

     CL  MHWR ZZZ_ZOMG   3/09/17  16:37  3/09/17         .00  3/09/17         .00
              JLAUBSCH   MEDIATION HELD WITH RESOLUTION
                         attendees: julia devin/mediator, rob larson/mccarthy, b1 and
                         h/c, discussed lruw status, disc mod process, offered 90 day
                         fc fbr, rejected, continued

     CL  LMFS MWILSON8   3/09/17  17:46  3/09/17         .00  3/09/17         .00
              MWILSON8   Expense Financials from REMEDY. Monthly Net Income: $1 Month
                         ly Debt: $9,873 Disposable Income: ($9,872) DTI% : 987310.99
                         %  (REMEDY ID: 2460997)

     CL  LMFS GKAT1036   3/09/17  17:50  3/09/17         .00  3/09/17         .00
              GKAT1036   Income Financials from REMEDY. Monthly Net Income: $2,500 Mo
                         nthly Debt: $9,873 Disposable Income: ($7,373) DTI% : 394.92
                         %  (REMEDY ID: 1977710)

     CL  LMFS GKAT1036   3/09/17  17:50  3/09/17         .00  3/09/17         .00
              GKAT1036   Income Financials from REMEDY. Monthly Net Income: $7,000 Mo
                         nthly Debt: $9,873 Disposable Income: ($2,873) DTI% : 141.04
                         %  (REMEDY ID: 1977711)

     CL  LMFS GKAT1036   3/09/17  17:51  3/09/17         .00  3/09/17         .00
              GKAT1036   Income Financials from REMEDY. Monthly Net Income: $12,000 M
                         onthly Debt: $9,873 Disposable Income: $2,127 DTI% : 82.28%
                          (REMEDY ID: 1977712)

     CL  HMDN ZZZ_ZOMG   3/09/17  17:55  3/09/17         .00  3/09/17         .00
              GKAT1036   MODIFICATION DENIED
                         Standard modification review:  28. Payment Reduction not met

     CL  FCGO GKAT1036   3/09/17  17:55  0/00/00         .00  0/00/00         .00
              GKAT1036   FCGO  (REMEDY ID: 3590845)

     CL  TRNM ZZZ_ZOMG   3/09/17  20:11  3/09/17         .00  3/09/17         .00
              RALLEN2    TELEPHONED RESIDENCE-NO MESSAGE LEFT
```

NSM 000423

```
Loan        1549   Inv # BMC Asum:N Stat:R Int%  5.500 Pmt10,220.32 Due: 4/01/16
GUIRGUIS  ELSHARAWY        UPB    977,756.18          P&I 6,805.74 TYPE     03
15709 61ST AVE NE          MSG #1:08 #2:44 #3:78      456,509.32 #PMTS  00036
KENMORE        WA 98028 Phone (H)       8833 (W)                 CP: ZZZ_ZOMG
================================================================================
 Cls Code Assgn/By     Entered  Time   Target        Amt/Pmt   Cleared       Amt/Pmt
                        57 pgs

 CL  HMPC PCHO1036   6/16/17  14:31   6/16/17           .00   6/16/17           .00
          PCHO1036   HMPC   (REMEDY ID: 1653757)

 CL  LRUW PCHO1036   6/16/17  14:31   6/16/17           .00   6/16/17           .00
          PCHO1036   LRUW   (REMEDY ID: 1653757)

 CL  RFD  ZZZ_ZOMG   6/16/17  14:32   6/16/17           .00   6/16/17           .00
          PCHO1036   RFD:
                     Loss of job/Curtailment of Income -- Reduction in income

 CL  CSVC ZZZ_ZOMG   6/16/17  14:34   6/16/17           .00   6/16/17           .00
          PCHO1036   MISC
                      borrower 1 fico score : 528

 CL  LRUW ZZZ_ZOMG   6/16/17  14:34   6/16/17           .00   0/00/00           .00
          PCHO1036   PROCESSING RECOMMENDS BRP TO UW

 CL  ACKC REMEDY     6/17/17   2:31   6/17/17           .00   6/17/17           .00
          REMEDY     Letter - Acknowledgement/Complete   (BILetters ID: 0)

 CL  SCR4 MWILSON8   6/19/17   5:02   6/19/17           .00   6/19/17           .00
          MWILSON8   SCRA Stand Alone Letter Sent   (BILetters ID: 0)

 CL  LMFS NARA1036   6/19/17  13:00   6/19/17           .00   6/19/17           .00
          NARA1036   Income Financials from REMEDY. Monthly Net Income: $1 Monthl
                     y Debt: $10,252 Disposable Income: ($10,251) DTI% : 1025199.
                     99%   (REMEDY ID: 2034571)

 CL  TREC MWILSON8   6/19/17  13:00   6/19/17           .00   6/19/17           .00
          MWILSON8   Escrow Quote Complete   (REMEDY ID: 2080503)

 CL  LMFS MWILSON8   6/19/17  13:01   6/19/17           .00   6/19/17           .00
          MWILSON8   Expense Financials from REMEDY. Monthly Net Income: $1 Month
                     ly Debt: $9,406 Disposable Income: ($9,405) DTI% : 940621.99
                     %   (REMEDY ID: 2544272)

 CL  CSVC ZZZ_ZOMG   6/19/17  13:02   6/19/17           .00   6/19/17           .00
          NARA1036   MISC
                      automated escrow completed

 CL  CRVR ZZZ_ZOMG   5/31/17  16:54   0/00/00           .00   0/00/00           .00
          KMANN      CREDIT RISK VALUE RECEIVED

 CL  APP3 ZZZ_ZOMG   6/20/17  12:42   6/20/17           .00   6/20/17           .00
          CJACKSO2   APPRAISAL CANCELLED
                      emortgage couldnt locate an appraiser to complete the orde
```

NSM 000437

```
DATE:  3/21/19                  Mr. Cooper                                 SRV869R
TIME:  14:57:19           COMMUNICATION HISTORY PROFILE             PAGE:     100

Loan       1549  Inv # BMC Asum:N Stat:R Int% 5.500 Pmt10,220.32 Due: 4/01/16
GUIRGUIS  ELSHARAWY           UPB   977,756.18      P&I  6,805.74 TYPE      03
15709 61ST AVE NE             MSG  #1:08 #2:44 #3:78     456,509.32 #PMTS  00036
KENMORE       WA 98028  Phone (H)        8833  (W)              CP: ZZZ_ZOMG
================================================================================
    Cls Code Assgn/By    Entered  Time    Target      Amt/Pmt  Cleared    Amt/Pmt

    CL  LMFS MWILSON8    7/03/17  7:54    7/03/17         .00  7/03/17        .00
             MWILSON8    Expense Financials from REMEDY. Monthly Net Income: $20,000
                         Monthly Debt: $9,406 Disposable Income: $10,594 DTI% : 47.03
                         %  (REMEDY ID: 2554847)

    CL  FCGO TUNDERWO    7/03/17  8:01    0/00/00         .00  0/00/00        .00
             TUNDERWO    FCGO  (REMEDY ID: 3705988)

    CL  HMDN ZZZ_ZOMG    7/03/17  8:02    7/03/17         .00  7/03/17        .00
             TUNDERWO    MODIFICATION DENIED
                         STANDARD MODIFICATION: 28 INSUFFIENCT PAYMENT REDUCTIONS
                         5/1/2036 223  $6,972.94  -2.46% Failed

    CL  CCNT ZZZ_ZOMG    7/05/17  12:16   7/05/17         .00  7/05/17        .00
             MMALDONADOCOUNSEL CONTACTED BY NSM ASSOCIATE
```

[redacted]

```
    CL  LOOK ZZZ_ZOMG    7/07/17  9:57    7/07/17         .00  0/00/00        .00
             SINA1036    INDEPENDENT MOD REVIEW COMPLETE
                         STANDARD MOD TRIAL-VALID REJECTION 28

    CL  DNAL REMEDY      7/08/17          7/08/17         .00  7/08/17        .00
             REMEDY      Letter - DNAL  (BILetters ID: 0)

    CL  COD2 ZZZ_ZOMG    7/10/17  5:55    7/10/17         .00  0/00/00        .00
             TANBAZHA    CODE VIOLATION CORRECTED
                         Sending letter to Code Officer/Municipality stating  WE
                         CANNOT REMEDIATE THE VIOLATIONS AS NATIONSTAR DOES NOT OWN
                         THE PROPERTY NOR IS IT EXERCISING ANY CONTROL OF THE
                         PROPERTY AT THIS TIME . Closed entry.

    CL  DRPD ZZZ_ZOMG    7/10/17  14:17   7/11/17         .00  7/11/17        .00
             DV          CALL UNABLE TO BE CONNECTED WITH BORROWER

    CL  DRPD ZZZ_ZOMG    7/11/17  12:44   7/12/17         .00  7/12/17        .00
             DV          CALL UNABLE TO BE CONNECTED WITH BORROWER

    CL  DRPD ZZZ_ZOMG    7/12/17  14:06   7/12/17         .00  7/13/17        .00
             DV          CALL UNABLE TO BE CONNECTED WITH BORROWER

    CL  CCNT ZZZ_ZOMG    7/13/17  16:08   7/13/17         .00  7/13/17        .00
             MMALDONADO
```

Case 2:18-cv-01456-JCC   Document 41-1   Filed 02/06/20   Page 12 of 12

NSM 000439