Christopher G. Varallo, WSBA No. 29410
Steven J. Dixson, WSBA No. 38101
WITHERSPOON · KELLEY
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Phone:  (509) 624-5265
Fax:   (509) 458-2728
cgv@witherspoonkelley.com
sjd@witherspoonkelley.com

Taylor T. Haywood, *Admitted Pro Hac Vice*
Akerman LLP
1900 Sixteenth Street, Suite 1700
Denver, CO 80202
Phone:  (303) 640-2531
Fax:  (303) 260-7714
taylor.haywood@akerman.com

*Attorneys for Defendants U.S. Bank National Association as Trustee for GSR Mortgage Loan Trust 2006-4F Mortgage Passthrough Certificate Series 2006-4F; Nationstar Mortgage LLC, d/b/a "Mr. Cooper" and Xome Inc.*

**Hon. John C. Coughenour**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GUIRGUIS, a.k.a. GEORGE, EL-SHAWARY, a Washington resident,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION as Trustee for GSR MORTGAGE LOAN TRUST 2006-4F MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2006-4F; NATIONSTAR MORTGAGE L.L.C. d/b/a "MR. COOPER", a foreign company; XOME INC., a foreign company; and QUALITY LOAN SERVICE CORPORATION OF WASHINGTON solely | No.  2:18-cv-01456-JCC<br><br>MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE<br><br>**NOTE ON MOTION CALENDAR: May 1, 2020** |

MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE - 1
Case No. 2:18-cv-01456-JCC
S2013174.DOC

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100          Phone: 509.624.5265
Spokane, Washington 99201-0300                Fax: 509.458.2728

as a nominal party and Trustee under
RCW 61.24.130 et seq.,

                Defendants.

Defendants U.S. Bank, National Association, as Trustee for the GSR Mortgage Loan Trust 2006-4F Mortgage Pass-Through Certificates Series 2006-4F, Nationstar Mortgage LLC d/b/a Mr. Cooper and Xome, Inc. ("Moving Defendants") move to extend the dispositive motions deadline from April 23, 2020 to 90 days before the trial date, as follows:

## I. INTRODUCTION

Trial has been vacated pending further order of the Court due to the pandemic, under General Order 07-20. Since Moving Defendants have a pending Motion for Judgment on the Pleadings (ECF 36), and Plaintiff Guirguis a/k/a George El-Shawary has a pending Motion for Leave to Amend (ECF 40), Moving Defendants respectfully request the Court continue the dispositive motions deadline to 90 days before the trial date, which date Moving Defendants understand will be re-set in a further order at a later date.

## II. ARGUMENT

A scheduling order "may be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(b) "primarily considers the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Although "prejudice to the party opposing the modification [of a scheduling order] might supply additional reasons to deny a motion, the focus . . . is upon the moving party's reasons for seeking modification." *Id.* The standard for good cause is not meant to require perfection of parties and counsel, but rather to prevent "[d]isregard of the order [that] would undermine the court's ability to control its docket, disrupt the agreed-upon course of litigation, and reward

MOTION TO EXTEND DISPOSITIVE MOTIONS
DEADLINE - 2
Case No. 2:18-cv-01456-JCC
S2013174.DOC

**WITHERSPOON·KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300      Fax: 509.458.2728

the indolent and cavalier." *Id.* at 610.

Good cause exists to extend the dispositive motions deadline to 90 days before trial. *First,* Moving Defendants moved for judgment on the pleadings last November. (ECF 36.) The motion has been fully briefed since December 13, 2019. (*See* ECF 38.) If the Court grants this Motion (and denies leave to amend), the parties' summary judgment briefing will be streamlined and necessarily address fewer claims.

*Second*, Mr. El-Shawary moved for leave to amend in February. (ECF 41.) The Motion remains pending. If granted, a new defendant -- McCarthy & Holthus, LLP -- will be joined, likely resulting in a new discovery schedule, and Moving Defendants will be required to answer and file dispositive motions related to the new complaint.

*Third*, a jury trial in this matter was set to begin on June 22, 2020 (ECF 32), but the trial has been continued pending further order of the Court due to the pandemic, under General Order No. 07-20. Extending the dispositive motions deadline will allow the Court additional time to rule on the pending motions, and allow the parties to defer litigation costs until it is clear what claims will proceed.

And *fourth*, the extension will not prejudice Mr. El-Shawary in any way. As set forth *supra,* the trial has been continued and a new date has not been set. And, Mr. El-Shawary and Moving Defendants have been involved in ongoing settlement discussions both related to this case and related to an ongoing mediation under the Washington Foreclosure Fairness Act. The requested extension will allow the parties additional time to attempt to consummate a settlement before incurring dispositive-motion-related costs.

Undersigned counsel certifies that he emailed opposing counsel prior to filing this Motion requesting that he stipulate to this Motion, but counsel has not agreed to stipulate.

MOTION TO EXTEND DISPOSITIVE MOTIONS
DEADLINE - 3
Case No. 2:18-cv-01456-JCC
S2013174.DOC

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100       Phone: 509.624.5265
Spokane, Washington 99201-0300            Fax: 509.458.2728

## III.  CONCLUSION

For the foregoing reasons, moving defendants respectfully request the Court extend the dispositive motions deadline to 90 days before the trial date, which Moving Defendants understand will be re-set by further order of the Court.

DATED this 23rd day of April, 2020.

WITHERSPOON · KELLEY

By: *s/ Christopher G. Varallo*
    Christopher G. Varallo, WSBA #29410
    Steven J. Dixson, WSBA #38101
    cgv@witherspoonkelley.com
    sjd@witherspoonkelley.com
    422 W. Riverside Avenue, Suite 1100
    Spokane, WA  99201-0300
    Phone:  (509) 624-5265
    Fax:   (509) 458-2728

AKERMAN LLP

By: *s/ Taylor T. Haywood*
    Taylor T. Haywood (Admitted PHV)
    1900 Sixteenth Street, Suite 1700
    Denver, Colorado 80202
    Telephone: (303) 260-7712
    Fax: (303) 260-7714
    Email: taylor.haywood@akerman.com

*Attorneys for Defendants U.S. Bank National Association as Trustee for GSR Mortgage Loan Trust 2006-4F Mortgage Passthrough Certificate Series 2006-4F; Nationstar Mortgage LLC, d/b/a "Mr. Cooper" and Xome Inc.*

MOTION TO EXTEND DISPOSITIVE MOTIONS
DEADLINE - 4
Case No. 2:18-cv-01456-JCC
S2013174.DOC

WK WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2020,

1. I caused to be electronically filed the foregoing MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

> **Arthur E. Ortiz**
> **arthur@aeolegal.com**

2. I hereby certify that I have caused to be mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the addresses listed below:  **None.**

3. I hereby certify that I have mailed by United States Postal Service the foregoing document to the following CM/ECF participants at the address listed below:  **None.**

4. I hereby certify that I have hand-delivered the foregoing document to the following participants at the addresses listed below:  **None.**

*s/ Christopher G. Varallo*
Christopher G. Varallo, WSBA No. 29410

MOTION TO EXTEND DISPOSITIVE MOTIONS
DEADLINE - 5
Case No. 2:18-cv-01456-JCC
S2013174.DOC



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728