THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GUIRGUIS, a.k.a., GEORGE, EL-SHAWARY, a Washington resident,<br><br>                Plaintiff,<br>    v.<br><br>U.S. BANK NATIONAL ASSOCIATION as Trustee for GSR MORTGAGE LOAN TRUST 2006-4F MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2006-4F *et al.*,<br><br>                Defendants. | CASE NO. C18-1456-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of pretrial deadlines (Dkt. No. 47 at 1). The Court hereby GRANTS the motion and VACATES the deadlines for the proposed pretrial order, proposed voir dire/jury instructions, and trial briefs. The Court will set those deadlines at a future date.

//

//

//

//

MINUTE ORDER
C18-1456-JCC
PAGE - 1

DATED this 18th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk