THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUIRGUIS EL-SHAWARY,<br><br>                Plaintiff,<br><br>        v.<br><br>US BANK NATIONAL ASSOCIATION, as Trustee for GSR MORTGAGE LOAN TRUST 2006-4F MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2006-4F, *et al.*,<br><br>                Defendants. | CASE NO. C18-1456-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the dispositive motions deadline and the time to depose Randall Lowell (Dkt. No. 94). Having thoroughly considered the motion and the relevant record and finding good cause, the Court GRANTS the motion and EXTENDS the dispositive motions deadline until June 8, 2021.

The Court understands the parties' stipulation regarding Mr. Lowell to mean that Defendants have already deposed Mr. Lowell once and would like to depose Mr. Lowell a second time after he updates his damages calculation as trial approaches. Based on that understanding, the Court GRANTS the parties' stipulated motion to allow Defendants to depose

MINUTE ORDER
C18-1456-JCC
PAGE - 1

Mr. Lowell a second time no later than 60 days before trial. However, the deadline for filing *Daubert* motions is unchanged. *See* W.D. Wash. Local Civ. R. 16(b)(4) (deadline for filing *Daubert* motions is dispositive motions deadline). If any party wishes to extend the deadline for filing *Daubert* motions, that party must file a motion showing good cause.

In light of the effects of the COVID-19 pandemic on the Court's operations, the Court declines to set a trial date at this time. Unless the Court's disposition of the forthcoming motion(s) for summary judgment render a trial unnecessary, the parties are ORDERED to file a joint status report within 21 days of the Court's resolution of the summary judgment motion(s) addressing: (1) a proposed trial date, (2) whether the parties are willing to proceed with a remote bench trial, and (3) whether the parties are willing to proceed before a Magistrate Judge.

DATED this 4th day of February 2021.

                                      William M. McCool
                                      Clerk of Court

                                      s/Paula McNabb
                                      Deputy Clerk