THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUIRGUIS, a.k.a. GEORGE, EL-SHAWARY,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION as Trustee for GSR MORTGAGE LOAN TRUST 2006-4F MORTGAGE PASS THROUGH CERTIFICATE SERIES 2006-4F, *et al.*,<br><br>　　　　　　　　Defendants. | CASE NO. C18-1456-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 108) of the Court's Order (Dkt. No. 107) granting Defendant McCarthy & Holthus' ("M&H") motion to dismiss Plaintiff's claims against it (Dkt. No. 103). As a threshold matter, the Court notes that Plaintiff's eight-page motion exceeds the six-page limit permitted by the local rules. *See* W.D. Wash. Local Civ. R. 7(e)(1) (referencing motions noted under Local Rule 7(d)(1)). Plaintiff is urged to consult those rules prior to making subsequent filings before this Court, as the Court takes them seriously. Nevertheless, even if the Court were to consider Plaintiff's full briefing in this instance, the Court would conclude that Plaintiff failed to show that the Court

1 | committed manifest error in concluding that Plaintiff's Third Amended Complaint fails to state a
2 | claim for negligent misrepresentation against M&H. *See* W.D. Wash Local Civ. R. 7(h)(1).
3 |       Accordingly, the motion for reconsideration (Dkt. No. 108) is DENIED.
4 |       DATED this 14th day of May 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
